FILED
U.S. District Court
District of Kansas

8/24/2021

Clerk, U.S. District Court
By_____AA_____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      CASE NO.  21-6147-01-GEB

DUSTIN KENNETH STROM,

    Defendant.

# COMPLAINT

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

Between May 1, 2021 and August 23, 2021, in the District of Kansas, the defendant,

**DUSTIN KENNETH STROM,**

knowingly used a minor, Minor Victim 1 known to law enforcement, to assist another person to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knowing and having reason to know such visual depiction would be transported and transmitted using any means or facility of interstate or foreign commerce, and such visual depiction was produced and transmitted using materials that had been transported in or affecting interstate or foreign commerce, and the visual

depiction was actually transported and transmitted using any means or facility of interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a).

## COUNT 2

### Distribution of Child Pornography
### 18 U.S.C. § 2252A(a)(2)

On or about July 1, 2021, in the District of Kansas, the defendant,

**DUSTIN KENNETH STROM,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and that this Complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

JOHN V. FERREIRA, Special Agent
Homeland Security Investigations

Subscribed and sworn before me this ___24th___ day of August, 2021.

THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

2

**PENALTIES**
**Count 1**

- Punishable by a term of imprisonment of not less than fifteen (15) years but not more than thirty (30) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than twenty-five (25) years nor more than fifty (50) years. If such person has two or more prior convictions under chapter 71, chapter 109A, chapter 110, chapter 117, or section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to sexual exploitation of children, the term of imprisonment shall be for not less than thirty-five (35) years nor more than life. 18 U.S.C. § 2251(e).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An additional assessment of not more than $50,000.00. 18 U.S.C. §2259A(a)(3).

**Count 2**

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty years (20) years. If such person has a prior conviction under Chapter 110, 109A or 117, section 1591, section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any state relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years. 18 U.S.C. § 2252A(b)(1).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

- An additional assessment of not more than $35,000.00. 18 U.S.C. §2259A(a)(2).

## AFFIDAVIT

I, John V. Ferreira, am a Special Agent (SA) of the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), assigned to the Office of HSI Wichita, Kansas. This criminal complaint is based on the following facts which were obtained from other duly sworn law enforcement officers based on their interviews and observations:

1) On August 23, 2021, the Kansas Internet Crimes Against Children (ICAC) Task Force (ICAC) received a prioritized Cybertip from Kik via the National Center for Missing and Exploited Children, relating to a user identified as "dustymuffin12," later identified as Dustin Kenneth Strom, who had been detected uploading child pornography to Kik's servers in the process of sending it to another user.

2) As an example of the child pornography reported by Kik, the user had uploaded a video file (identified as d62c12b8-125c-4f0e-abf6-cef1307580f8.mp4) to send to another user via Kik on August 8, 2021. This video depicted an adult male sticking his penis into an infant's mouth.

3) Another example was an image of a small child, estimated to be around 4 years old, next to an adult male with the adult's penis exposed next to the child's face, suggestive that the boy will be made to perform oral sex or is assisting the adult in masturbating. This image had been shared from the account 8 times between (July 23, 2021 and August 4, 2021), sent to other users via Kik.

4) Kik's report provided the account information which included an associated Gmail email address.

5) That Gmail address was tied to additional CyberTips, including a report by Snapchat (in Report 94203089) for conduct occurring on or about July 1, 2021. In that report, Snapchat identified user "dustmuffin96" (with the associated Gmail address) had uploaded a file depicting a 41 second video of a prepubescent female under the age of six, with her mouth around an adult's erect penis. In the video, the minor steps away from the male, removes her shorts, exposes her genitals, turns and exposes her genitals and anus to the camera while an adult hand grabs her bottom to manipulate her further.

6) Investigation into the Gmail account lead investigators to Dustin Strom in Parsons, Kansas. Additional investigation into social media profiles revealed pictures of Dustin Strom with the child referenced above in paragraph 3.

7) Investigators were also able to identify the residence of Dustin Strom in Parsons, Kansas. Law enforcement obtained and executed a search warrant at the residence of Dustin Strom in Parsons, Kansas.

8) While executing the warrant, a female cohabitant of Strom's confirmed the location where the photo (referenced in paragraph 3) was taken as the bedroom of the residence. Investigators similarly confirmed the location and background by comparison.

9) The cohabitant advised Dustin Strom regularly used the nickname "Dusty Muffin" or variations of that name with lots of other applications, such as videogames.

10) The cohabitant positively identified the child referenced in paragraph 3 as a 4 year old minor who was frequently in Strom's custody and control. Further, the cohabitant could not identify any other male besides Strom that would have had access to the bedroom with the minor where the photo was taken.

11) The cohabitant advised that Dustin Strom had been home in Parsons on and around July 1, 2021.

12) The cohabitant advised Dustin Strom has had a Samsung phone for the last four to five months, and that device was the device Strom would use to access the internet.

13) Strom was not present at the residence, and was instead on a trucking route. In the late evening hours of August 23, 2021, Strom was stopped and subsequently detained by Missouri Highway Patrol. Following waiver of his Miranda rights, Strom admitted to taking five or six pictures with his phone, the contents of which showed Strom holding his penis in his hand in close proximity to the face of the child (Strom identified the child as the child known to the cohabitant and previously identified by law enforcement). Strom said the child was sleeping in most, but not all, of the photos at the time they were taken. Strom stated he took the photos at the request of another party on either the Grinder app or Kik app, approximately three months ago, and admitted to sharing the photos with the other party through the application on his phone. Strom also admitted to receiving a link to "hundreds" of images of child porn in return for the photos, which he viewed.

14) Strom provided written consent to examine the contents of his phone, a Samsung Galaxy S21 5G (IMEI 35616374129000), and provided the swipe-pattern to unlock the phone. Strom's phone was seized and will be provided to the investigating agency for examination.

15) Samsung phones and the components contained therein are known to be manufactured outside the state of Kansas.

Based on the foregoing facts, there is probable cause to find Dustin Kenneth Strom, residing in Parsons, Kansas, has engaged in violations of:

> 18 U.S.C. §2251(a), Production of Child Pornography, in relation to Minor Victim 1, occurring between May 1, 2021 and August 23, 2021, by using his Samsung phone and transmitting the images via Kik through the internet; and

> 18 U.S.C. § 2252A(a)(2), Distribution of Child Pornography, occurring on or about July 1, 2021, via Kik through the internet.

JOHN V. FERREIRA, Special Agent
Homeland Security Investigations

Subscribed and sworn before me this __24th__ day of August 24, 2021.

_____
HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge.